**Delmus R. ROMINE, Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner, Social Security Administration, Appellee.**

**No. 03–1892.**

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 23, 2003.

Decided Jan. 5, 2004.

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.

Frederick S. Spencer, Mountain Home, AR, for Plaintiff–Appellant.

Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, Tina M. Waddell, Richard A. Gilbert, Jr., Dallas, TX, for Defendant–Appellee.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Delmus Romine appeals the district court's[1] decision upholding the Commissioner's denial of his application for disability insurance benefits after a hearing before an administrative law judge (ALJ), and after the Appeals Council denied review. Having reviewed the record, including the new evidence submitted to the Appeals Council, we find that the Commissioner's final decision is supported by substantial evidence on the record as a whole. *See Cunningham v. Apfel,* 222 F.3d 496, 500 (8th Cir.2000). In particular, the ALJ gave appropriate weight to Romine's subjective complaints, made explicit findings regarding his residual functional capacity, considered his impairments in combination, and fully developed the record.

Accordingly, the judgment is affirmed.

---

1. The Honorable Henry L. Jones, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).